162 A.3d 289

IN THE MATTER OF TOBIN G. NILSEN, AN ATTORNEY
AT LAW (ATTORNEY NO. 013861982)

June 15, 2017

334

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–222, recommending that as a matter of final discipline pursuant to *Rule* 1:20–13, **TOBIN G. NILSEN,** formerly of **MINOTOLA,** who was admitted to the bar of this State in 1982, and who has been temporarily suspended from the practice of law since April 19, 2012, be disbarred based on his conviction in federal and state courts of the use of a computer to entice a minor to engage in sexual activity, in violation of 18 *U.S.C.* § 2422(b) and of second-degree attempted child luring, in violation of *N.J.S.A.* 2C:5–1 and 2C:13–16, conduct that violates *RPC* 8.4(b)(commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer);

And **TOBIN G. NILSEN** having been ordered to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **TOBIN G. NILSEN** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **TOBIN G. NILSEN** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **TOBIN G. NILSEN** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.